■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS M. LYDON, JR., Appellant. [603 NYS2d 771] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Mallon, J.), rendered October 24, 1990, convicting him of murder in the second degree (two counts), and burglary in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

A joint trial with two juries was properly conducted in this case *(see,* CPL 200.40 [1] [b], [c]; *People v Riccardo B.,* 73 NY2d 228).* The defendant and his accomplice *(see, People v Toal,* 197 AD2d 650 [decided herewith]) were tried and convicted based upon much of the same evidence, and each had made a confession implicating the other, so that the use of two juries was appropriate *(see, People v Riccardo B., supra).*

The defendant's contention that the County Court should have charged the defense of extreme emotional disturbance is meritless *(see, e.g., People v White,* 164 AD2d 413, *affd* 79 NY2d 900), as are all of the defendant's remaining contentions. Bracken, J. P., Lawrence, Eiber and O'Brien, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH MAHONEY, Appellant. [604 NYS2d 766] —Appeal by the defendant from two judgments of the County Court, Dutchess County (Marlow, J.), both rendered August 10, 1992.

Ordered that the judgments are affirmed.

Appellate review of the issues raised by the defendant was effectively waived by him as part of his plea bargain. Accordingly, the judgments of conviction are affirmed *(see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.